**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1138**

———————

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

SUPERINTENDENT OF PUBLIC SCHOOLS, FAIRFAX
COUNTY VIRGINIA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-98-1519-A)

———————

Submitted:  March 25, 1999          Decided:  March 31, 1999

———————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles William Levy, Appellant Pro Se.  Ingo Frank Burghardt,
HUNTON & WILLIAMS, McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals from the district court's orders dismissing his civil action and denying his motion for reconsideration. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Levy v. Superintendent of Pub. Schs.</u>, No. CA-98-1519-A (E.D. Va. Dec. 2 & 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2